NO. 1424312

FILED

2015 JUN -2 PM 1:52

CHERYL FUTRELL
DISTRICT CLERK
HOPKINS COUNTY, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/2/2015 3:26:56 PM
DEBRA AUTREY
Clerk

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| vs. | § | |
| | § | HOPKINS COUNTY, TEXAS |
| | § | |
| JAMES ARTHUR BAXLEY | § | 8TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL AND REQUEST FOR APPEAL BOND

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes JAMES ARTHUR BAXLEY, Defendant in the above styled and numbered causes, and gives this written notice of appeal to the 6th District Court of Appeals of the State of Texas at Texarkana from the judgment of conviction and sentence in said cause.

Additionally, because the sentence assessed for JAMES ARTHUR BAXLEY, Defendant, was less than 10 years in the Texas Department of Corrections, Defendant requests this Honorable Court to set an appeal bond at this time.

Respectfully submitted,

Cynthia L. Braddy
1109 Main St.
Commerce, TX 75428
Tel: (903) 243-3577
Fax: (903) 335-8826

By: _____
Cynthia L. Braddy
State Bar No. 00797864
Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that on June 2, 2015, a true and correct copy of the above and foregoing document was served on the Hopkins County District Attorney's Office, 118 Main Street, Sulphur Springs, Texas 75482 via hand delivery.

_Cynthia L. Braddy_
Cynthia L. Braddy